KELLER & GOGGIN, P.C.
ATTORNEYS AT LAW
SUITE 900
1528 WALNUT STREET
PHILADELPHIA, PA 19102
(215) 735-8780 • FAX (215) 735-5126
www.keller-goggin.com

WILLIAM L. KELLER *
ROBERT S. GOGGIN, III *
JAMES M. DUCKWORTH **
VOCI R. BENNETT ** °

TOLL FREE
1-800-666-FELA
*Admitted in PA
** Admitted in PA & NJ
° Admitted in NY

May 30, 2017

*Via* **First-Class Mail**
William Harrmann
Law Department AMTRAK
1 Massachusetts Ave. NW
Washington, DC 20001

    Re: Brandon Bostian

Dear Mr. Harramann:

    In furtherance of my email of June 22, 2015, regarding Mr. Brandon Bostian, I specifically request indemnification for Mr. Bostian, in all criminal matters arising from the May 12, 2015, Frankford Junction Derailment.

    Thankyou for your attention to this matter.

    Sincerely,

    Robert Goggin, Esq.