# AFFIDAVIT OF PROCESS SERVER

### United States District Court for the Eastern District of Pennsylvania

**Brandon Bostian**

    Plaintiff(s),

VS.

**National Railroad Passenger Corporation (AMTRAK)**

    Defendant(s).

Attorney: Robert S. Goggin, III, Esq.

Keller & Goggin, P.C.
1420 Walnut St., #1108
Philadelphia PA 19102

*297453*

**Case Number: 23-cv-1975**

Legal documents received by Same Day Process Service, Inc. on **05/25/2023** at **5:31 PM** to be served upon **National Railroad Passenger Corporation (AMTRAK) at 1 Massachusetts Ave., NW, Washington, DC 20001**

I, **Terryll Kennedy**, swear and affirm that on **June 05, 2023** at **12:28 PM**, I did the following:

Served **National Railroad Passenger Corporation (AMTRAK)** by delivering a conformed copy of the **Summons in a Civil Action; Complaint for Declaratory Relief; Case Management Track Designation Form; Civil Cover Sheet; Designation Form; Exhibits** to **Jeffrey Ehrhart** as **Mail Clerk & Authorized Agent** of National Railroad Passenger Corporation (AMTRAK) at **1 Massachusetts Ave., NW , Washington, DC 20001**.

**Description of Person Accepting Service:**
Sex: Male Age: 50 Height: 5ft4in-5ft8in Weight: 131-160 lbs Skin Color: Caucasian Hair Color: Bald & Gray

**Supplemental Data Appropriate to this Service:**


I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Terryll Kennedy**
Process Server
**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:297453

