HOHN & SCHEÜERLE, LLC
BY:    RICHARD K. HOHN, ESQUIRE
RHOHN@DVERDICT.COM
Identification No.: 32528
BY:    STEPHEN S. DOUGHERTY, ESQUIRE
SDOUGHERTY@DVERDICT.COM
Identification No.: 312027
Suite 3242
1700 Market Street
Philadelphia, PA 19103
215-496-9995
215-496-9997 (Fax)
Our File #9500-320

Attorneys for Defendant,
National Railroad Passenger
Corporation (Amtrak)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRANDON BOSTIAN** : | **CIVIL ACTION** |
| v. : | |
| **NATIONAL RAILROAD PASSENGER** : | |
| **CORPORATION (AMTRAK)** : | No.    23-CV-1975 |

**ENTRY OF APPEARANCE**

TO THE CLERK OF COURT:

Kindly enter our appearance on behalf of Defendant, National Railroad Passenger Corporation (Amtrak) in the above-captioned matter.  Our Entry of Appearance is not to be construed as a waiver of service.

Defendant demands a jury trial, jury of twelve with alternates is demanded.

HOHN & SCHEÜERLE, LLC

By:_____
RICHARD K. HOHN, ESQUIRE
STEPHEN S. DOUGHERTY, ESQUIRE
Attorneys for Defendant