HOHN & SCHEUERLE, LLC
BY:   RICHARD K. HOHN, ESQUIRE
RHOHN@DVERDICT.COM
Identification No.: 32528
BY:   STEPHEN S. DOUGHERTY, ESQUIRE
SDOUGHERTY@DVERDICT.COM
Identification No.: 312027
Suite 3242
1700 Market Street
Philadelphia, PA 19103
215-496-9995
215-496-9997 (Fax)
Our File #9500-320

Attorneys for Defendant,
National Railroad Passenger
Corporation (Amtrak)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRANDON BOSTIAN

v.

NATIONAL RAILROAD PASSENGER
CORPORATION (AMTRAK)

CIVIL ACTION

No.   2:23-CV-01975-JFM

### STIPULATION

TO THE CLERK OF COURT:

It is hereby agreed among counsel for Plaintiff, Robert S. Goggin, III, Esquire and counsel for Defendant, Richard K. Hohn, Esquire that Defendant, National Railroad Passenger Corporation (Amtrak), may extend the time to file a response to Plaintiff's Complaint by twenty (20) days.

/s/ Robert S. Goggin, III
---
ROBERT S. GOGGIN, III, ESQUIRE
Attorney for Plaintiff
Keller & Goggin
1420 Walnut Street
Suite 1108
Philadelphia, PA 19102
215-735-8780

RICHARD K. HOHN, ESQUIRE
Attorney for Defendant
Hohn & Scheuerle, LLC
1700 Market Street
Suite 3242
Philadelphia, PA 19103
215-496-9995

BY THE COURT:

_____
J.