HOHN & SCHEÜERLE, LLC
BY:   RICHARD K. HOHN, ESQUIRE
RHOHN@DVERDICT.COM
Identification No.: 32528
BY:   STEPHEN S. DOUGHERTY, ESQUIRE
SDOUGHERTY@DVERDICT.COM
Identification No.: 312027
Suite 3242
1700 Market Street                           Attorneys for Defendant,
Philadelphia, PA 19103                       National Railroad Passenger
215-496-9995                                 Corporation (Amtrak)
215-496-9997 (Fax)
Our File #9500-320

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRANDON BOSTIAN | : CIVIL ACTION |
| v. | : |
| NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK) | : No. 23-CV-1975 |

### ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter our appearance on behalf of Defendant, National Railroad Passenger Corporation (Amtrak) in the above-captioned matter. Our Entry of Appearance is not to be construed as a waiver of service.

Defendant demands a jury trial, jury of twelve with alternates is demanded.

HOHN & SCHEÜERLE, LLC

By: _____
RICHARD K. HOHN, ESQUIRE
STEPHEN S. DOUGHERTY, ESQUIRE
Attorneys for Defendant