**HOHN & SCHEUERLE, LLC**
**BY:    RICHARD K. HOHN, ESQUIRE**
RHOHN@DVERDICT.COM
**Identification No.: 32528**
**BY:    STEPHENS. DOUGHERTY, ESQUIRE**
SDOUGHERTY@DVERDICT.COM
**Identification No.: 312027**
**Suite 3242**
**1700 Market Street**
**Philadelphia, PA 19103**
**215-496-9995**
**215-496-9997 (Fax)**
**Our File #9500-320**

**Attorneys for Defendant,**
**National Railroad Passenger**
**Corporation (Amtrak)**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**BRANDON BOSTIAN**

**v.**

**NATIONAL  RAILROAD  PASSENGER**
**CORPORATION  (AMTRAK)**

**CIVIL ACTION**

**No.    2:23-CV-01975-JFM**

## STIPULATION

TO THE CLERK OF COURT:

    It is hereby agreed among counsel for Plaintiff, Robert S. Goggin, III, Esquire and counsel for Defendant, Richard K. Hohn, Esquire that Defendant, National Railroad Passenger Corporation (Amtrak), may extend the time to file a response to Plaintiff's Complaint by twenty (20) days.

*/s/ Robert S. Goggin, III*
_____
ROBERT S. GOGGIN, III, ESQUIRE
Attorney for Plaintiff
Keller & Goggin
1420 Walnut Street
Suite 1108
Philadelphia, PA 19102
215-735-8780

*Ail K. Hohn*
_____
RICHARD K. HOHN, ESQUIRE
Attorney for Defendant
Hohn & Scheuerle, LLC
1700 Market Street
Suite 3242
Philadelphia, PA 19103
215-496-9995

BY THE COURT:

_____
Hon. John F. Murphy

Date: June 20, 2023