IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRANDON BOSTIAN** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO.  23-1975 |
| | : | |
| **NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK)** | : : | |

# ORDER

**AND NOW**, this 17th day of July 2023, it appearing Defendant National Railroad Passenger Corporation (AMTRAK) has not filed the disclosure statement required by Federal Rule of Civil Procedure 7.1 at the time of filing their first appearance,[1] and reminding Defendant National Railroad Passenger Corporation (AMTRAK) of its continuing obligation under Federal Rule of Civil Procedure 7.1(b)(2) to "promptly file a supplemental statement" of any changes to the information required by Federal Rule of Civil Procedure 7.1(a), it is **ORDERED** Defendant National Railroad Passenger Corporation (AMTRAK) shall file its disclosure statement no later than **July 19, 2023**.[2]

_____
**MURPHY, J.**

---

[1] Federal Rule of Civil Procedure 7.1(b)(1) requires the disclosure statement to be filed with the party's first appearance, pleading, petition, motion, response, or other request addressed to the court.

[2] A Disclosure Statement Form is available on the Court website and should be filed electronically using the Other Filings/Discovery Documents category.