IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRANDON BOSTIAN** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **NATIONAL RAILROAD PASSENGER** | : | |
| **CORPORATION (AMTRAK)** | : | No.   23-CV-1975 |

## DISCLOSURE STATEMENT FORM

Please check one box:

☒      The nongovernmental corporate party, **National Railroad Passenger Corporation**, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☐      The nongovernmental corporate party, **National Railroad Passenger Corporation** in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

| | |
|---|---|
| _July 18, 2023_ | _/s/ Stephen S. Dougherty_ |
| Date | Signature |

Counsel for:   Defendant, National Railroad Passenger Corporation (Amtrak)

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**

(a) WHO MUST FILE: NONGOVERNMENTAL CORPORATE PARTY. A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

(b) TIME FOR FILING; SUPPLEMENTAL FILING. A party must:
    (1)    file the Rule 7.1(a) statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court, and
    (2)    promptly file a supplemental statement upon any change in the information that the statement requires.