IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRANDON BOSTIAN | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| NATIONAL RAILROAD | : | No.: 23-cv-1975 |

ORDER

AND NOW, this 18th day of July 2023, it is hereby

ORDERED that the application of Lindsay C. Harrison, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☒ GRANTED.[1]

☐ DENIED.

_____
MURPHY, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.