**KELLER & GOGGIN P.C.**

ATTORNEYS AT LAW
**SUITE 1108
1420 WALNUT STREET
PHILADELPHIA, PA 19102**
**(215) 735-8780** FAX **(215) 735-5126**
**1-800-666-FELA**
www.keller-goggin.com

**ROBERT GOGGIN, III***                                                                                                                                                      **\*Admitted PA**
**JAMES DUCKWORTH\*\*+**                                                                                                                **\*\*+Admitted PA-NJ-DC**

August 1, 2023

<u>*Via* ECF</u>
The Honorable John F. Murphy
United States District Court
    for the Eastern District of Pennsylvania
3809 U.S. Courthouse – 3B
Philadelphia, PA 19106

        Re:    <u>Bostian v. National Railroad Passenger Corporation (Amtrak)</u>
                 <u>USDC, Eastern District of Pennsylvania, No.: 2:23-cv-01975-JFM</u>

Your Honor:

       The parties requesting an adjournment of the above matter that is listed for an Initial Pretrial Videoconference, before Your Honor on August 16, 2023, beginning at 11:30 am. Robert Goggin will be out of the country beginning August 3, 2023, and returning August 15, 2023, and opposing counsel, Lindsay C. Harrison of Jenner & Block, LLP will be on vacation beginning August 28, 2023, and returning on September 1, 2023.

       I have communicated with the other counsel for defense for this matter, and they have no objection to the adjournment request.

                                                                                      Respectfully,

                                                                       */s/ Robert S. Goggin, III*
                                                                       Robert S. Goggin, III
                                                                       *Attorney for Plaintiff*

RSG/pam

cc:    Richard K. Hohn, Esquire (*via* ECF filing ONLY)
        Lindsay C. Harrison, Esquire (*via* ECF filing ONLY)
        Huiyi Chen, Esquire (*via* ECF filing ONLY)