IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRANDON BOSTIAN** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO.  23-1975 |
| | : | |
| **NATIONAL RAILROAD PASSENGER** | : | |
| **CORPORATION (AMTRAK)** | : | |

# ORDER

**AND NOW**, this 5th day of September 2023, following our August 2, 2023 Order (DI 18) and today's Initial Pretrial Videoconference, it is **ORDERED**:

1. All fact discovery shall be completed no later than **November 1, 2023**.

2. Affirmative expert reports shall be served no later than **September 27, 2023**. Responsive expert reports, if any, shall be served no later than **October 25, 2023**. Expert depositions, if any, shall be concluded no later than **November 1, 2023**.

3. Any party expecting to offer opinion testimony from lay witnesses pursuant to Federal Rule of Evidence 701 with respect to the issues of liability and damages shall, at the time required for submission of information and/or reports for expert witnesses on liability and damages set forth in the preceding paragraph, serve opposing parties with concise details and/or documents covering the lay opinions of the Rule 701 witnesses, including the identity of each witness offering the expert opinion, the substance and the basis for each opinion.

4. Motions for summary judgment shall be filed no later than **December 15, 2023**. Responses shall be filed no later than **December 29, 2023**. Motions for summary judgment and responses shall be filed in the form prescribed in Judge Murphy's Scheduling and Motion Policies and Procedures.

5. Further dates will be scheduled as needed, at a later time.

6. Counsel shall follow Judge Murphy's Policies and Procedures which can be found at www.paed.uscourts.gov.

_____
MURPHY, J.