IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRANDON BOSTIAN,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK). | Case No. 2:23-CV-01975<br><br>Honorable John F. Murphy |

**CONSENT MOTION FOR EXTENSION OF TIME FOR FILING OPPOSITION TO PLAINTIFF BRANDON BOSTIAN'S MOTION TO DISMISS WITHOUT PREJUDICE**

Defendant National Railroad Passenger Corporation ("Amtrak"), by and through its undersigned counsel and with the consent of counsel for Plaintiff Brandon Bostian ("Plaintiff"), hereby files this Motion pursuant to Federal Rule of Civil Procedure 6(b) to extend the time for it to file an Opposition to Plaintiff's Motion to Dismiss Without Prejudice (ECF No. 22). In support of this Motion, Amtrak states the following:

1. Plaintiff filed his Motion to Dismiss Without Prejudice on September 21, 2023.

2. Pursuant to Local Rule 7.1, Amtrak's Opposition to Plaintiff's Motion is due October 5, 2023.

3. Amtrak intended to file, and has been diligently preparing for the filing of, its Opposition by the due date.

4. However, Amtrak today identified a path to potential resolution of the parties' disputes and immediately reached out to Plaintiff's counsel to seek an extension of two weeks to file its Opposition, so that the parties have an opportunity to attempt to resolve their disputes without the Court's intervention.

5. Plaintiff's counsel has consented to Amtrak's extension request.

6. Amtrak understands that the Court's Policies and Procedures require a request for stipulated extensions to be made at least 7 days before the closest relevant deadline, and regrets that it was unable to file this Motion earlier. But given the circumstances, the parties believe it is prudent to try to resolve the disputes within the next two weeks before necessitating the Court's intervention.

WHEREFORE, Amtrak moves this Court for an Order granting a two-week extension of the deadline to file its Opposition to Plaintiff's Motion to Dismiss Without Prejudice.

Dated: October 5, 2023               Respectfully submitted,

                                     **DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION**

                                     By:   */s/ Lindsay C. Harrison*
                                           One of Defendant's Attorneys

                                     **Lindsay C. Harrison** (*appearing pro hac vice*)
                                     Jenner & Block LLP
                                     1099 New York Avenue, NW, Suite 900
                                     Washington, DC  20001-4412
                                     (202)-639-6865
                                     lharrison@jenner.com

                                     **Huiyi Chen** (*appearing pro hac vice*)
                                     Jenner & Block LLP
                                     353 N. Clark Street
                                     Chicago, IL 60654-3456
                                     (312)-840-7389
                                     hchen@jenner.com

                                     **RICHARD K. HOHN, ESQUIRE**
                                     RHOHN@DVERDICT.COM
                                     Identification No.: 32528
                                     **STEPHEN S. DOUGHERTY, ESQUIRE**
                                     SDOUGHERTY@DVERDICT.COM
                                     Identification No.: 312027

HOHN & SCHEÜERLE, LLC
Suite 3242
1700 Market Street
Philadelphia, PA 19103
215-496-9995
215-496-9997 (Fax)

## CERTIFICATE OF SERVICE

I, Huiyi Chen, hereby certify that on October 5, 2023, I caused to be electronically filed the forgoing **CONSENT MOTION FOR EXTENSION OF TIME FOR FILING OPPOSITION TO PLAINTIFF BRANDON BOSTIAN'S MOTION TO DISMISS WITHOUT PREJUDICE** via the Court's CM/ECF system, which will deliver electronic notice of filing to all counsel of record.

By: */s/ Huiyi Chen*
Huiyi Chen

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRANDON BOSTIAN,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK). | Case No. 2:23-CV-01975 |

## [PROPOSED] ORDER

AND NOW, this _____ day of _____, 2023, upon consideration of Defendant National Railroad Passenger Corporation's ("Amtrak") Consent Motion for Extension of Time for Filing Opposition to Plaintiff Brandon Bostian's Motion to Dismiss Without Prejudice, it is hereby **ORDERED** that Amtrak's Motion is **GRANTED**. Amtrak shall file its Opposition to Plaintiff Brandon Bostian's Motion to Dismiss Without Prejudice on or before October 19, 2023.

**BY THE COURT:**

_____
The Hon. John F. Murphy,
United States District Court Judge