## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| BRANDON BOSTIAN,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER<br>CORPORATION (AMTRAK). | Case No. 2:23-CV-01975 |

### ORDER

AND NOW, this __10th__ day of __October__, 2023, upon consideration of Defendant National Railroad Passenger Corporation's ("Amtrak") Consent Motion for Extension of Time for Filing Opposition to Plaintiff Brandon Bostian's Motion to Dismiss Without Prejudice, it is hereby **ORDERED** that Amtrak's Motion is **GRANTED**. Amtrak shall file its Opposition to Plaintiff Brandon Bostian's Motion to Dismiss Without Prejudice on or before October 19, 2023.

**BY THE COURT:**

The Hon. John F. Murphy,
    United States District Court Judge