IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRANDON BOSTIAN,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK). | Case No. 2:23-CV-01975 |

**[PROPOSED] ORDER**

AND NOW, this ___17th___ day of ___October___, 2023, upon consideration of Defendant National Railroad Passenger Corporation's ("Amtrak") Second Consent Motion for Extension of Time for Filing Opposition to Plaintiff Brandon Bostian's Motion to Dismiss Without Prejudice, it is hereby **ORDERED** that Amtrak's Motion is **GRANTED**. Amtrak shall file its Opposition to Plaintiff Brandon Bostian's Motion to Dismiss Without Prejudice on or before November 2, 2023.

BY THE COURT:

_[signature: John F. Murphy]_

The Hon. John F. Murphy,
United States District Court Judge