IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRANDON BOSTIAN** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO.  23-1975 |
| | : | |
| **NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK)** | : | |
| | : | |

# ORDER

AND NOW, this 14th day of November 2023, upon considering defendant's motion for leave to file sur-reply (DI 29) in opposition to plaintiff's motion to dismiss (DI 22), and finding good cause, it is **ORDERED**:

1. Defendant's motion for leave to file sur-reply (DI 29) is **GRANTED**;

2. We **suspend** our September 5, 2023 scheduling order (DI 20) until further Order;

3. We will hold oral argument and an evidentiary hearing on **December 12, 2023** at **12:00P.M.** in **Courtroom 3B**;

4. Plaintiff Brandon Bostian **must** attend the hearing;

5. Plaintiff's counsel Robert S. Goggin, III, Esq. **must** attend the hearing;

6. Declarant Barbara Maine **must** attend the hearing;

7. All three must be prepared to testify about the matters in plaintiff's motion to dismiss (DI 22), defendant's opposition (DI 27), plaintiff's reply (DI 28), and the sur-reply.

MURPHY, J.