IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRANDON BOSTIAN | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 23-1975 |
| | : | |
| NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK) | : : | |

# ORDER

AND NOW, this 14th day of December 2023, upon considering plaintiff's motion to dismiss without prejudice (DI 22) and accompanying briefing (DI 27, 28, 29), and plaintiff's motion to dismiss with prejudice (DI 42), it is **ORDERED**:

1. Plaintiff's motion to dismiss (DI 42) is **GRANTED** and we **dismiss** this case with prejudice, noting that Amtrak also requested dismissal with prejudice;

2. Plaintiff's motion to dismiss (DI 22) is **DENIED as moot**; and,

3. The Clerk of Court shall **close** this case.

_____
MURPHY, J.