IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRANDON BOSTIAN,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK). | Case No. 2:23-CV-01975 |

**[PROPOSED] ORDER**

AND NOW, this _____ day of _____, 2023, upon consideration of Defendant National Railroad Passenger Corporation's ("Amtrak") Motion for the Court to Retain Jurisdiction over Fee Application and Other Matters, it is hereby **ORDERED** that Amtrak's Motion is **GRANTED**.

BY THE COURT:

_____

The Hon. John F. Murphy,
United States District Court Judge