**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BRANDON BOSTIAN** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO.  23-1975** |
| | : | |
| **NATIONAL RAILROAD PASSENGER** | : | |
| **CORPORATION (AMTRAK)** | : | |

## <u>ORDER</u>

 **AND NOW**, this 18th day of December 2023, upon considering defendant's motion for the court to retain jurisdiction over fee application and other matters (DI 44), it is **ORDERED** defendant's motion (DI 44) is **GRANTED in part**.[1]

**MURPHY, J.**

---

 [1] Amtrak is entitled to move for attorney's fees as usual under Fed. R. Civ. P. 54(d) — no special order is required.  But at this time, we decline Amtrak's suggestion that we investigate whether Mr. Bostian authorized his attorney to move for dismissal *with* prejudice.  In light of Fed. R. Civ. P. 11 and the Pennsylvania Rules of Professional Conduct, as well as what appeared to be normal communication between Mr. Bostian and his counsel at the recent hearing, we will make the usual assumption that attorney actions are authorized absent any new reason to doubt that.