IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRANDON BOSTIAN,

v.

NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK).

Case No. 2:23-CV-01975

### ORDER

AND NOW, this <u>20th</u> day of <u>December</u>, 2023, upon consideration of Defendant National Railroad Passenger Corporation's ("Amtrak") consent motion for extension of time for filing motion for attorneys' fees and costs, it is hereby **ORDERED** that Amtrak's motion is **GRANTED** and it shall file its motion for attorneys' fees and costs no later than **January 11, 2024**.

BY THE COURT:

_____
The Hon. John F. Murphy,
United States District Court Judge