IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRANDON BOSTIAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK),<br><br>　　　　　Defendant. | NO. 2:23-CV-01975<br><br>Honorable John F. Murphy |

### [PROPOSED] ORDER

AND NOW, this _____ day of _____, 2024, upon consideration of Defendant National Railroad Passenger Corporation's ("Amtrak") Motion for Attorneys' Fees and Costs Against Plaintiff's Counsel, it is hereby **ORDERED** that Amtrak's Motion is **GRANTED** and that Plaintiff's Counsel, Robert S. Goggin, III, shall reimburse Amtrak for its attorneys' fees in the amount of $322,148.20 and its costs in the amount of $101.40.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　The Hon. John F. Murphy,
　　　　　　　　　　　　　　　　　　　　　　 United States District Court Judge