IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRANDON BOSTIAN, | Case No. 2:23-CV-01975 |
| v. | Honorable John F. Murphy |
| NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK). | |

### ORDER

And now, on this ____ day of February 2024, having reviewed the parties consent motion to withdrawal Amtrak's motion for sanction. The Motion is Ordered Withdrawn.

BY THE COURT:

_____
The Hon. John F. Murphy,
United States District Court Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRANDON BOSTIAN,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK). | Case No. 2:23-CV-01975<br><br>Honorable John F. Murphy |

**CONSENT MOTION TO WITHDRAWAL AMTRAK'S MOTION FOR SANCTIONS**

All parties seek the withdrawal of Amtrak's motion for sanctions and aver as follows.

1. The parties have agreed and resolved all issues outstanding within Amtrak's motion for sanctions.

2. As all issues are resolved the parties seek this Court's permission to withdrawal Amtrak's motion for sanctions.

Wherefore, the parties request that this Honorable Court allow the parties to withdrawal Amtrak's Motion for Sanctions.

Respectfully submitted,

**KELLER & GOGGIN, P.C.**

BY: */s/ Robert S. Goggin, III*
ROBERT S. GOGGIN, III
*Attorney for Plaintiff, Brandon Bostian*

DATED: February 13, 2024

**CERTIFICATE OF SERVICE**

      The undersigned counsel hereby certifies that a copy of the forgoing *Consent Motion to Withdrawal Amtrak's Motion for Sanctions* has been served upon counsel of record listed below, *via* ECF Filing, this 13th day of February 2024.

                Lindsay C. Harrison, Esquire
                Jenner & Block, LLP
                1099 New York Ave., NW, Suite 900
                Washington, DC 20001-4412
                lharrison@jenner.com

                Huiyi Chen, Esquire
                Jenner & Block LLP
                353 N. Clark Street
                Chicago, IL, 60654-3456
                hchen@jenner.com

                Richard K. Hohn, Esquire
                Stephen S. Dougherty, Esquire
                Hohn & Scheuerle, LLC
                1700 Market Street, Suite 3242
                Philadelphia, PA 19103
                rhohn@dverdict.com
                sdougherty@dverdict..com
                *Attorneys for Defendant*


           By:     */s/ Robert S. Goggin, III*
                  ROBERT S. GOGGIN, III, ESQUIRE
                  PA Bar ID: 61779
                  rgoggin@keller-goggin.com
                  1420 Walnut Street, Suite 1108
                  Philadelphia, PA  19102
                  (215) 735-8780
                  (215) 735-5126
                  *Attorney for Plaintiff*