# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRANDON BOSTIAN** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 23-1975 |
| | : | |
| **NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK)** | : | |

# ORDER

**AND NOW**, this 14th day of February 2024, upon considering plaintiff's consent motion to withdraw defendant Amtrak's motion for sanctions (DI 53), and finding defendant Amtrak did not sign the motion, it is **ORDERED** defendant Amtrak shall file a statement of its position on the motion no later than **February 15, 2024**.[1]

**MURPHY, J.**

---

[1] Given the non-frivolous nature of Amtrak's motion and the history of this case, we think it necessary to get confirmation from Amtrak that the matter has resolved.