IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRANDON BOSTIAN,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK). | Case No. 2:23-CV-01975<br><br>Honorable John F. Murphy |

### DEFENDANT'S STATEMENT ON PLAINTIFF'S CONSENT MOTION TO WITHDRAW DEFENDANT'S MOTION FOR ATTORNEYS' FEES AND COSTS

Defendant National Railroad Passenger Corporation ("Amtrak"), by and through its undersigned counsel, states the following:

1. On January 11, 2024, Amtrak filed a Motion for Attorneys' Fees and Costs Against Plaintiff's Counsel. (ECF No. 50.)

2. The parties were able to resolve the subject-matter of that Motion without the Court's involvement.

3. On February 13, 2024, Plaintiff filed a Consent Motion to Withdraw Amtrak's Motion. (ECF No. 53.)

4. On February 14, 2024, the Court ordered Amtrak to file a statement of its position on Plaintiff's Consent Motion. (ECF No. 54.)

5. Having resolved the matter, Amtrak consents to Plaintiff's Consent Motion and wishes to withdraw its Motion for Attorneys' Fees and Costs Against Plaintiff's Counsel.

Dated: February 14, 2024                    Respectfully submitted,

**DEFENDANT NATIONAL RAILROAD
PASSENGER CORPORATION**

By:   */s/ Lindsay C. Harrison*
      One of Defendant's Attorneys

**Lindsay C. Harrison (*appearing pro hac vice*)**
Jenner & Block LLP
1099 New York Avenue, NW, Suite 900
Washington, DC  20001-4412
(202)-639-6865
lharrison@jenner.com

**Huiyi Chen (*appearing pro hac vice*)**
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654-3456
(312)-840-7389
hchen@jenner.com

**RICHARD K. HOHN, ESQUIRE**
RHOHN@DVERDICT.COM
Identification No.: 32528
**STEPHEN S. DOUGHERTY, ESQUIRE**
SDOUGHERTY@DVERDICT.COM
Identification No.: 312027
HOHN & SCHEÜERLE, LLC
Suite 3242
1700 Market Street
Philadelphia, PA 19103
215-496-9995
215-496-9997 (Fax)

## CERTIFICATE OF SERVICE

I, Huiyi Chen, hereby certify that on February 14, 2024, I caused to be electronically filed the forgoing **STATEMENT ON PLAINTIFF'S CONSENT MOTION TO WITHDRAW DEFENDANT'S MOTION FOR ATTORNEYS' FEES AND COSTS** via the Court's CM/ECF system, which will deliver electronic notice of filing to all counsel of record.

By:  */s/ Huiyi Chen*
     Huiyi Chen