IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRANDON BOSTIAN | : | CIVIL ACTION |
| | : | |
| v. | : | NO.  23-1975 |
| | : | |
| NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK) | : : | |

# ORDER

**AND NOW**, this 15th day of February 2024, upon considering plaintiff Brandon Bostian's consent motion to withdraw defendant Amtrak's motion for sanctions (DI 53), and defendant's statement on plaintiff's consent motion to withdraw (DI 55), and noting defendant's "consent[] to Plaintiff's Consent Motion" and wish "to withdraw its Motion for Attorneys' Fees and Costs Against Plaintiff's Counsel,"[1] it is **ORDERED** that plaintiff's consent motion to withdraw defendant motion for sanctions (DI 53) is **GRANTED**, and defendant's motion for attorneys' fees and costs against plaintiff's counsel (DI 50) is **DENIED as moot**.  The Clerk of Court is directed to **CLOSE** this case.

/s/ *John F. Murphy*
**MURPHY, J.**

---

[1] DI 55 ¶ 5 (referring to defendant's motion at DI 50).